612 A.2d 1353

**COMMONWEALTH, Acting by Ernest D. PREATE, Jr., Attorney General, Appellant,**

v.

**A.G. GOEN, etc., et al., Appellees.**

Supreme Court of Pennsylvania.

Argued May 6, 1992.

Decided Sept. 21, 1992.

Renardo L. Hicks, Chief Dep. Atty. Gen., for appellant.

Arthur L. Goldberg, Harrisburg, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Order of the Commonwealth Court denying a preliminary injunction sought by the Commonwealth is affirmed.

LARSEN and PAPADAKOS, JJ., did not participate in the consideration or decision of this case.

McDERMOTT, J., did not participate in the decision of this case.